NEDRA C. BAKER *v.* CARLETON B. BAKER

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Paul W. Orth,* for the appellee (plaintiff).

*Wesley W. Horton,* for the appellant (defendant).

Argued December 3—decided December 3, 1974

JAMES SMALLS *v.* STATE OF CONNECTICUT

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Richard F. Jacobson,* assistant state's attorney, for the appellee (state).

*Alan Neigher,* for the appellant (plaintiff).

Argued December 3—decided December 3, 1974

HELEN BRENNAN ET AL. *v.* JOHN J. SALCE ET AL.

The defendants' motion to dismiss the appeal of the plaintiff Helen Dahlmeyer from the Superior Court in New Haven County is granted.

*Edward J. McMahon,* for the appellees (defendants).

*Charles Tomasino,* for the appellants (named plaintiff and Helen Dahlmeyer).

Argued December 3—decided December 3, 1974

YORK RESEARCH CORPORATION *v.* HARRELL CORPORATION

It appearing that the defendant in the above-entitled case has failed to prosecute its appeal from the Superior Court in Fairfield County at Stamford